DEBORAH M. SMITH
Acting United States Attorney

BRYAN SCHRODER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: 907-271-5071
Fax: 907-271-2345
Email: bryan.schroder@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | Case No. |
|---|---|---|
| Plaintiff, | ) ) | |
| vs. | ) ) ) | COUNTS 1-5: BANK ROBBERY Vio. 18 U.S.C. § 2113(a) |
| ROBERT MICHAEL GUNNIP, | ) ) | |
| Defendant. | ) ) ) | |

## INDICTMENT

The Grand Jury Charges that:

### COUNT 1

On or about June 13, 2006 within the District of Alaska, the defendant, ROBERT MICHAEL GUNNIP, did, by force, violence and intimidation take from the person or presence of another money, approximately $12,004.00, belonging to and in the care, custody, control, management, and possession of the Northern Skies Federal Credit Union, 400 West Benson, Anchorage, Alaska, whose deposits were then insured by the

National Credit Union Administration, in violation of Title 18, United States Code, Section 2113(a).

## COUNT 2

On or about June 26, 2006 within the District of Alaska, the defendant, ROBERT MICHAEL GUNNIP, did, by force, violence and intimidation take from the person or presence of another money, approximately $6,095.00, belonging to and in the care, custody, control, management, and possession of the First National Bank of Alaska, 1210 West Northern Lights, Anchorage, Alaska, whose deposits were then insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Section 2113(a).

## COUNT 3

On or about July 1, 2006 within the District of Alaska, the defendant, ROBERT MICHAEL GUNNIP, did, by force, violence and intimidation take from the person or presence of another money, approximately $2,788.00, belonging to and in the care, custody, control, management, and possession of the Wells Fargo Bank, 1500 West Benson, Anchorage, Alaska, whose deposits were then insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Section 2113(a).

## COUNT 4

On or about July 3, 2006 within the District of Alaska, the defendant, ROBERT MICHAEL GUNNIP, did, by force, violence and intimidation take from the person or presence of another money, approximately $3,970.00, belonging to and in the care,

custody, control, management, and possession of the Northrim Bank, 811 East 36th Avenue, Anchorage, Alaska, whose deposits were then insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Section 2113(a).

### COUNT 5

On or about July 10, 2006 within the District of Alaska, the defendant, ROBERT MICHAEL GUNNIP, did, by force, violence and intimidation take from the person or presence of another money, approximately $1,574.00, belonging to and in the care, custody, control, management, and possession of the Northrim Bank, 811 East 36th Avenue, Anchorage, Alaska, whose deposits were then insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Section 2113(a).

A TRUE BILL.

                                                                        s/ Grand Jury Foreperson  
                                                                        GRAND JURY FOREPERSON

s/ Bryan Schroder  
BRYAN SCHRODER  
Assistant U.S. Attorney  
Federal Building & U.S. Courthouse  
222 West 7th Ave., #9, Rm. 253  
Anchorage, AK 99513-7567  
Phone: 907-271-5071  
Fax: 907-271-2345  
Email: bryan.schroder@usdoj.gov

s/ James A. Goeke (for)  
DEBORAH M. SMITH  
Acting United States Attorney  
Federal Building & U.S. Courthouse  
222 West 7th Ave., #9, Rm. 253  
Anchorage, AK 99513-7567  
Phone: 907-271-5071  
Email: deb.smith@usdoj.gov

DATED:   7/19/06