```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

U.S.A. vs. __ROBERT MICHAEL GUNNIP__   CASE NO. _3:06-cr-00060-JWS_
Defendant: _X_ Present _X_ In Custody

BEFORE THE HONORABLE: _____JOHN D. ROBERTS_____

DEPUTY CLERK/RECORDER: _____ROBIN M. CARTER_____

UNITED STATES' ATTORNEY: ____BRYAN SCHRODER_____

DEFENDANT'S ATTORNEY: _____SUE ELLEN TATTER_____

U.S.P.O.: _____PAULA MCCORMICK_____

PROCEEDINGS: ARRAIGNMENT/DETENTION HEARING ON INDICTMENT
             HELD 7/21/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 1:31 p.m. court convened.

_X_ Copy of Indictment given to defendant; read.

_X_ Defendant advised of general rights.

_X_ Defendant advised of charges and penalties.

_X_ PLEAS: Not guilty to counts _1-5 of the Indictment._____

_X_ Pretrial motions due _8/10/06_; Order for the Progression of a
    Criminal Case **FILED**.

_X_ Counsel advised of trial date: _9/11/06_____

_X_ OTHER:_ Court and counsel heard re defense counsel's oral motion
to release the defendant with conditions; DENIED. Order of
Detention Pending Trial_ **FILED**.

At 1:54 p.m. court adjourned.

DATE: _July 21, 2006_____   DEPUTY CLERK'S INITIALS: _rc_____