Sue Ellen Tatter
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br>ROBERT MICHAEL GUNNIP,<br><br>          Defendant. | NO. 3:06-cr-00060-JWS<br><br>**NOTICE OF INTENT TO CHANGE PLEA** |

The defendant, ROBERT MICHAEL GUNNIP, through counsel, notifies the court of his intention to change his plea.  There is no written plea agreement.

Mr. Gunnip requests that the court vacate the final pretrial conference and trial scheduled for September 11, 2006, and schedule a change of plea hearing at a time convenient to the court and counsel.

DATED this 1st day of September 2006.

Respectfully submitted,

s/Sue Ellen Tatter
Assistant Federal Defender
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone:     907-646-3400
Fax:         907-646-3480
E-Mail:     sue_ellen_tatter@fd.org

<u>Certification</u>:
I certify that on September 1, 2006,
a copy of the **Notice of Intent to Change
Plea** was served electronically on:

Bryan Schroder
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

and a copy was hand delivered to:

U.S. Probation & Pretrial Services
222 W. 7th Avenue, #48, Room 168
Anchorage, AK 99513-7562

s/Sue Ellen Tatter