# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

  UNITED STATES OF AMERICA   v.   ROBERT MICHAEL GUNNIP

THE HONORABLE JOHN W. SEDWICK

DEPUTY CLERK                                    CASE NO.  3:06-cr-00060-JWS

 Pam Richter

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**   DATE: September 1, 2006

      The above-referenced matter had been set on for a jury trial to commence on September 11, 2006, before Judge Sedwick at Anchorage, Alaska.  This matter is now RESCHEDULED for a proposed change of plea on Friday, September 8, 2006, at 8:30 a.m..

      The September 11, 2006, final pre-trial conference and trial by jury are hereby VACATED.

[wp{wp}.bk2]{IK2.WPD*Rev.12/96}