NELSON P. COHEN
United States Attorney

BRYAN SCHRODER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: 907-271-5071
Fax: 907-271-2345
Email: bryan.schroder@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:06-cr-00060-JWS |
| Plaintiff, | ) ) ) | **GOVERNMENT'S SENTENCING MEMORANDUM** |
| vs. | ) ) | |
| ROBERT MICHAEL GUNNIP | ) ) | |
| Defendants. | ) ) | |

    COMES NOW, the United States of America, by and through undersigned counsel, and submits its sentencing memorandum concerning defendant, Robert Gunnip, as follows:

**I.     Summary of Estimated Guideline Calculations**

The government has no objections to the presentence report (PSR) calculations. Therefore, defendant is facing a guideline sentencing range of 51-63 months.

**II.    Response to Anticipated Objections**

Neither party provided objections to the PSR, and the Government does not anticipate any additional objections.

**III.   Government's Recommendation**

While there is no plea agreement in this case, the Government recommends 5 years confinement (60 months) confinement consistent with the Defendants robbery of 5 banks.  The Defendant admitted that he committed the robberies during the initial questioning by the Federal Bureau of Investigation (FBI), and agreed to plead guilty to all counts of the indictment soon after reviewing the discovery material provided by the Government under Federal Rule of Criminal Procedure 16.  However, the sheer number of robberies calls for a significant period of incarceration.

On July 13, 2006, a man entered Northrim Bank on East 36th Avenue in Anchorage and handed the teller a note demanding money.  The note was written on a manila envelope and instructed the teller to put money in the envelope, and

"no dye packs." The man was wearing a hooded sweatshirt under a blue jacket, and blue and white gardening gloves. The robber had the sweatshirt hood up and pulled tight. The hood had a logo embroidered on the front, which covered the forehead of the robber and was visible to the bank's cameras. After receiving $1574.00 in cash, the robber left the bank. As the robber was fleeing outside, a passerby saw him and thought the scene was unusual. The witness was a security guard at an Anchorage credit union, and was concerned that the man wearing a jacket and hooded sweatshirt in July might be a robber. The witness followed the man, saw him enter a car, then recorded the license plate information. The witness then returned to the bank, found out that the bank had indeed been robbed, and provided his information to law enforcement officers.

The information on the vehicle led to its owner, who advised law enforcement officers that he had loaned the car to the Defendant. The vehicle owner, an admitted former bank robber, also added that the Defendant had asked him tips about robbing banks.

On July 12, 2006, Anchorage Police Officers arrested the Defendant and turned him over to the FBI. During questioning, the Defendant admitted that he had robbed the Northrim Bank on July 10, 2006, as well as four other banks during the previous month. To confirm his admissions, after the questioning, the

Defendant took the officers to locations where he threw away his disguise. The officers found the unique hooded sweatshirt that matched the bank surveillance photos, as well as the gardening gloves.

During the questioning, the Defendant specifically identified the additional 4 local bank and credit union robberies that he committed in the month prior to his capture:

- June 13, 2006 - Northern Skies Federal Credit Union, 400 West Benson, Anchorage ($12,004.00 taken)

- June 26, 2006 - First National Bank of Alaska, 1210 West Northern Lights, Anchorage ($6095.00 taken).

- July 1, 2006 - Wells Fargo Bank, 1500 West Benson, Anchorage ($2788.00 taken)

- July 3, 2006 - Northrim Bank, 811 East 36th Avenue, Anchorage ($3970.00 taken)

The Defendant also provided information that confirmed what the law enforcement officers discovered during their investigation of each of the robberies:

- The defendant used a note during each of the robberies. In addition to demanding money, the note gave instructions related to dye packs and bait

    bills.

- The defendant wore a disguise in each of the robberies, including hats, fake hair, and sunglasses.  In one instance, the Defendant admitted that he stuffed a pillow under his shirt to look heavier.  A witness at that robbery specifically told the officers at the time that the robber looked like he had stuffed a pillow under his shirt.

The Defendant admitted that the reason for the robberies was to feed his serious drug habit.

    The court is tasked in 18 U.S.C. § 3553(a) to consider a number of factors in determining the appropriate sentence.  The nature and circumstances of the offense in this case call for a strong sentence.  The Defendant went on a significant robbery spree – 5 banks in less than a month.  The community needs to see that the criminal justice system recognizes the seriousness of the offense and is acting to protect the citizenry.  Moreover, a sentence of 5 years imprisonment will promote respect for the law within the community in general, and will act to deter others who might seek to rob banks as a source of income.  As for the Defendant directly, a sentence of 5 years imprisonment will protect the community from his conduct, and show him that he must chose another path with his life or face even harsher consequences.

The court must also consider the history and characteristics of the Defendant.  While the severe nature of the Defendant's drug habit calls for a level of compassion, the conduct fueled by his drug use cannot be condoned.  The use of crack cocaine is a serious societal problem.  Drug abusers that turn to crimes, such as bank robbery, to fulfill their habit must be held accountable for their actions.  A sentence of 5 years imprisonment, especially for 5 bank robberies, is a just punishment, and assures that the Defendant will have adequate time for appropriate treatment and programs to help him deal with his drug abuse.

The Government has informed the identified victims about their right to speak at the sentencing hearing, and believes that a limited number of victims may chose to allocute.

Due to the Defendant's robbery spree of 5 bank robberies in less than a month, a sentence of 5 years (60 months), with 3 years of supervised release and restitution to the financial institutions, protects the citizens of the State and provides a just punishment.  The government respectfully requests that the court

//

//

//

impose the recommended sentence.

RESPECTFULLY SUBMITTED this <u>29th</u> day of November, 2006, in Anchorage, Alaska.

> NELSON P. COHEN
> Acting United States Attorney
>
> <u>s/Bryan Schroder</u>
> BRYAN SCHRODER
> Assistant U.S. Attorney
> Federal Building & U.S. Courthouse
> 222 West 7th Ave., #9, Rm. 253
> Anchorage, AK 99513-7567
> Phone: 907-271-5071
> Fax: 907-271-2345
> Email: bryan.schroder@usdoj.gov
> Washington State Bar # 21146

**CERTIFICATE OF SERVICE**

I hereby certify that on November 29, 2006, a copy of the foregoing **GOVERNMENT'S SENTENCING MEMO**, was served, via Electronic Filing, on:

**Sue Ellen Tatter,**
Federal Public Defender

s/Bryan Schroder