Sue Ellen Tatter
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT MICHAEL GUNNIP,<br><br>Defendant. | NO. 3:06-cr-00060-JWS<br><br>**NOTICE OF FILING LETTERS OF SUPPORT**<br><br>**(Filed on Shortened Time)** |
|---|---|

   The defendant, ROBERT MICHAEL GUNNIP, through counsel, hereby files the following attached letters (Exhibit A), in aid of sentencing set for December 6, 2006:

- Letter from Robert and Freda Gunnip (parents);
- Letter from Meredith Gunnip (daughter); and,
- Letter from Jonathan Gunnip (brother).

DATED this 4th day of December 2006.

Respectfully submitted,

s/Sue Ellen Tatter
Assistant Federal Defender
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone:      907-646-3400
Fax:        907-646-3480
E-Mail:     sue_ellen_tatter@fd.org

Certification:
I certify that on December 4, 2006,
a copy of the *Notice of Filing Letters
of Support (Filed on Shortened Time)*
was served electronically on:

Bryan Schroder
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

and a copy was hand delivered to:

U.S. Probation & Pretrial Services
222 W. 7th Avenue, #48, Room 168
Anchorage, AK 99513-7562

s/Sue Ellen Tatter