Mr. and Mrs. Robert Gunnip
Po Box 157
133 Commercial Ave
Gilman Vt

Nov. 7, 2006

Dear John Sedwick,

We are writing this letter to give you some background on our son Robert M. Gunnip. His father retired 43 years form the Gilman Paper Mill, his mother retired from New England Telephone Co. Bobby was a little better then average student in school, but his problem in life has always been, he is his own worst enemy.

Bobby went to Alaska in the early 80's, had good jobs, joined the union, made money and then the alcohol and drugs took over. Our son Bobby has given us three beautiful grandchildren, he was here when his father had guadtripple bypass surgery. He came home when his mother had to have surgery to help also. The most help was when his brother David had a brain anuresum in Feb 2006. Bobby was there for 3 months, making sure his brother got back on his feet, did all the driving back and forth to Boston. Bobby had always been there when his family needs him, but we can't seem to help him in return.

Bobby knows now and we do too, the wrong thing he has done, he is taking full responsibilty for the robberies. Being in jail the rest of his life is not what he is looking foward to. Bobby has our love and support and when this is all over he will always have a home to come home to.

Respectfully yours,

*Robert D. Gunnip*
*Freda Gunnip*
Robert and Freda Gunnip

Parents

Exhibit A Page 1 of 3

Ms. Meredith Gunnip                                        Oct. 27 2006
Po Box 211 Gilman Vt

Dear Judge John Sedwick,

    Hello. My name is Meredith Gunnip. I am the daughter of Robert M Gunnip. I am his oldest daughter, and his oldest child. I live in Vermont in a small town called Gilman. I live alone in a duplex apartment beside my grandparents. I am currently employed at InSparations salon and day spa, where I am a cosmetologist and I also specialize in advance skin care as well. I have worked there for 3 ½ years, and have built a very established business for myself. I went to cosmetology school directly after high school, I traveled every day to West Lebanon, NH to attend the day program. I also worked a part time job, while going full time to school.

    My father has always come through when anyone in our family has needed him. Even when he wasn't always around he some how has always shown me the ability to be patience, wise, and kind. If there is one thing about my father that has always stuck with me is that no matter what the situation maybe, you should always stand tall, stand proud, and make it right with God and worry about yourself later. He has tried to always put his family first, and most of the time he comes through with whatever he has promised to do accept, when the drugs and alcohol consume him, then he is a different person all together, definitely not the father I know and love. Not having the traditional father figure that everyone else has in their life, my brother and myself, I believe have grown to be exceptional, functioning, well rounded adults. Having my father step up to the plate, per say, when he was needed the most, was all the dad I needed.

    I am closing this letter today, hopefully with the understanding that Robert M. Gunnip is an outstanding father, friend, and man. He has always supported us and loved us to no end, so I can only and will only do so as well for him.

Thank you again

Sincerely,

*Meredith Gunnip*

Meredith Gunnip

Eldest Daughter

Judge Sedwick,

My name is Jonathan Gunnip. I am Robert(Bobby) M. Gunnip's younger brother. I wanted to give you a little personal information before his upcoming sentencing hearing.

He and our middle brother David, brought me to Alaska as a High school graduation gift in June of 1982. Bobby got me a job at Spenard Builders Supply and almost 25 years later and I'm still there.

Earlier this year David, suffered a brain aneurysm and went to stay with our parents for recovery. Bobby flew back East and stayed for over two months helping our parents with David. I know it was a huge relief, for them, to have him there. The entire time he was there he went to NA meetings and was leading a clean life. I often wonder if he had remained a little longer, with our parents, he might not be where he's at today.

When I found out Bobby had been arrested, it was over a week before I went to the Anchorage jail to see him. I was very angry. When I did finally go down for the first time and saw him sitting behind the glass wall, most of that anger disappeared.

When Bobby, and this is by no means an excuse, is not on drugs he is a hard working and reliable person. He's had several good paying jobs over the years and some of those employers have taken him back multiple times even when he has quit them or been fired. People just seem to like him.

I don't consider Bobby to be a violent or negative person. I know he regrets what he's done and put his family and others through, but we will be there for him when he gets out.
It's sad and hard for me to say, but this just might be the low point of his life that he had to reach.

Bobby and I haven't had the closes of relationships over these past several years, but he's still my brother and I love him.

I thank you for your time.