```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                           DISTRICT OF ALASKA
```

U.S.A. vs. __ROBERT MICHAEL GUNNIP__   CASE NO. _3:06-CR-00060-JWS_
Defendant: _X_ Present   _X_ In Custody

BEFORE THE HONORABLE:            JOHN W. SEDWICK

DEPUTY CLERK/RECORDER:           CAROLINE EDMISTON

UNITED STATES' ATTORNEY:         BRYAN SCHRODER

DEFENDANT'S ATTORNEY:            SUE ELLEN TATTER

U.S.P.O.:                        BARBARA BURTON

PROCEEDINGS: IMPOSITION OF SENTENCE HELD 12/06/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 8:34 a.m. court convened.

_X_ Notice of Appeal form given to defense counsel.

_X_ Court stated findings/reasons pursuant to sentencing guidelines.

_X_ Imprisonment for a period of _60 months on each of counts 1-5_ each count to run concurrently with one another.

_X_ Defendant placed on supervised release for a period of _3 years on counts 1-5 to run concurrently with one another_ under the usual terms and conditions with special conditions of supervised release as stated in the judgment.

_X_ Special Assessment $_500.00_, due _immediately; payment coupon given to defendant._

_X_ Restitution $_26,361.00_ , to be paid _as stated in the judgment; payment coupon given to defendant._

_X_ Defendant remanded to the custody of the U.S. Marshal.

_X_ OTHER: _Court and counsel heard re presentence report. Victim impact statements heard. Statements heard on behalf of the defendant. Court and counsel heard re sentencing comments. Appeal rights given to the defendant._

At 9:08 a.m. court adjourned.

DATE:     December 6, 2006      DEPUTY CLERK'S INITIALS:   ce